# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4669
_____

ROBIN E. BARR,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT
OF HIGHWAY SAFETY AND MOTOR
VEHICLES,

Appellee.
_____

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

November 14, 2018

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Jeffrey D. Slanker, Robert J. Sniffen, and Elmer C. Ignacio of Sniffen & Spellman, P.A., Tallahassee, for Appellee.